IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAAL A. MCNEIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CV149 |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| JAMAAL A. MCNEIL, | ) | |
| | ) | 4:08CV3102 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM AND** |
| STATE OF NEBRASKA, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion for Summary Judgment (filing no. 3 in Case No. 4:08cv3102), Petitioner's Motion for Leave to Proceed In Forma Pauperis (filing no. 2 in Case No. 4:08cv3102), and Plaintiff's Motion for Status (filing no. 34 in Case No. 8:07cv149).

On May 14, 2008, Petitioner filed a Petition for Writ of Coram Nobis ("Petition") and an Affidavit in support of his Petition.  (Filing No. 1 in Case No. 4:08cv3102.) Liberally construed, Plaintiff's Petition is a Motion for Reconsideration of the court's Memorandum and Order and Judgment dismissing Plaintiff's Complaint in *McNeil v. State of Nebraska*, *et al.*, Civ. No. 8:07cv149. (Filing No. 29 & Filing No. 30 in Case  No. 8:07cv149.)  Because Plaintiff fails to set forth any factual or legal basis that would cause this court to reconsider its decision in *McNeil*

*v. State of Nebraska, et al.*, Civ. No. 8:07cv149, Petitioner's Motion for Reconsideration is denied.

IT IS THEREFORE ORDERED that:

1.      Petitioner's Writ of Coram Nobis construed as a Motion for Reconsideration is denied.

2.      A separate Judgment will be entered.

3.      Petitioner's Motion for Summary Judgment  (filing no. 3 in Case No. 4:08cv3102) and Motion to Proceed In Forma Pauperis  (filing no. 2 in Case No. 4:08cv3102) are denied as moot.

4.      Plaintiff's Motion for Status (filing no. 34 in Case No. 8:07cv149) is denied.

5.      The Clerk of court is directed to file this Memorandum and Order in both Case No. 8:07cv149 and Case No. 4:08cv3102.

July 8, 2008.                    BY THE COURT:

                                 s/*Richard G. Kopf*
                                 United States District Judge